UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Peter Szanto,<br><br>        Appellant,<br><br>v.<br><br>Chase Bank,<br><br>        Appellee. | Case No.: 22cv1064-JO-BGS<br>Bankr. Case No.: 22-1558-CL11<br><br>**ORDER DENYING APPELLANT'S MOTION TO STAY** |

  Appellant-Debtor Peter Szanto ("Szanto") filed a motion to stay pending appeal of a bankruptcy order granting automatic stay relief. Dkt. 2. The Court held oral argument on the motion on August 15, 2022. For the reasons stated on the record during the oral argument, Szanto's motion to stay [Dkt. 2] is DENIED.

  **IT IS SO ORDERED**.

Dated: 8/17/22

                     Honorable Jinsook Ohta
                     United States District Judge